IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL TAYLOR, | No. 2:20-CV-0655-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

        Plaintiff, who is proceeding with retained counsel, brings this civil action. Good cause appearing therefor, the initial scheduling conference set for August 5, 2020, before the undersigned in Redding, California, at 10:00 a.m., is vacated pending resolution of defendant's motion to dismiss.

        IT IS SO ORDERED.

Dated: July 14, 2020

    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

1